Opinion adopted by the Supreme Court.

## PERDUE v. STATE.

### No. 18110.

Court of Criminal Appeals of Texas.

March 25, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**MORROW, Presiding Judge.**

The offense is the unlawful manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State, (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.